IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVID PITLOR,

                Plaintiff,

    vs.

TD AMERITRADE, INC.,  CHARLES
SCHWAB & CO., INC., and  KUTAK
ROCK, LLP,

                Defendants.

**8:20CV267**

**ORDER**

Pursuant to Rule 15 (a)(1)(A) of the Federal Rules of Civil Procedure,

IT IS ORDERED:

1)    Plaintiff's motion to amend, (Filing No. 6), is granted.

2)    Plaintiff's amended complaint, a copy of which is attached to his motion, shall be separately filed of record on or before July 31, 2020.

Dated this 19th day of July, 2020.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge